**Filed: 8/6/2020 2:58 PM**
**Clerk**
**Allen County, Indiana**
**BB**

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

STACY ALBRIGHT and
MARK ALBRIGHT,                                    )
                                                 )
                                                 )
                      Plaintiffs,                )
                                                 )
vs.                                              )
                                                 )
ROBERT COATES, SPIRIT                            )
LOGISTICS INC., and MILBANK                      )
INSURANCE COMPANY, d/b/a                         )
STATE AUTO INSURANCE                             )
COMPANIES,                                       )
                                                 )
                      Defendants.                )

## COMPLAINT FOR DAMAGES AND
## UNDERINSURED MOTORIST BENEFITS

### COUNT I

Plaintiffs, Stacy Albright and Mark Albright, for their first claim for relief, state:

1.      On March 25, 2019, Plaintiff, Stacy Albright, was driving a vehicle north on Green Street, in Allen County, New Haven, Indiana, when she was involved in a collision with a semi-truck traveling south on Green Street, a no truck route, which was being driven by Defendant, Robert Coates. Defendant, Robert Coates, turned left and failed to yield the right of way, causing the collision.

2.     The collision was responsibly caused by the carelessness and negligence of Defendant, Robert Coates, in the operation of the semi-truck By driving along a no truck route, failing to maintain a reasonable and proper lookout, failing to maintain control over the vehicle and unsafe operation of a vehicle while driving distracted in violation of Indiana Code § 9-21-8-24.

3.     Defendant, Spirit Logistics Inc., (hereinafter known as "Spirit Logistics"), is vicariously liable for the careless and negligent acts of their agent and/or employee, Defendant, Robert Coates, while in the course and scope of his agency and/or employment at the time of the collision.

4.     As a result of the collision, Plaintiff, Stacy Albright, sustained serious and permanent physical injuries and continues to suffer ongoing physical pain.

5.     As a further result of the collision, Plaintiff, Stacy Albright, incurred hospital and medical expenses, lost wages, and may incur such expenses and losses in the future, as well as the loss of a whole, complete, and useful life because of her permanent injuries.

WHEREFORE, Plaintiffs, Stacy Albright and Mark Albright, demand judgment against Defendants, Robert Coates and Spirit Logistics, in an amount that will reasonably compensate them for the injuries and damages sustained, for pre-

judgment interest, the costs of this action and all other just and proper relief in the premises and for trial by jury.

## COUNT II

Plaintiff, Mark Albright, for his second claim for relief states:

1. Plaintiff, Mark Albright, realleges rhetorical paragraphs 1 through and including 5 of Count I of this Complaint for Damages and Underinsured Motorists Benefits as if fully set forth herein and by reference makes them a part of this Count II.

2. At all times material to the allegations of Count II of this Complaint he was the spouse of Plaintiff, Stacy Albright.

3. As a result of the carelessness and negligence of Defendants, Robert Coates and Spirit Logistics, he lost the services and consortium of his spouse.

WHEREFORE, Plaintiff, Mark Albright, demands judgment against Defendants, Robert Coates and Spirit Logistics, in an amount that will reasonably compensate him for the injuries and damages sustained, for the costs of this action and for all other just and proper relief in the premises and for trial by jury.

## COUNT III

Plaintiffs, Stacy Albright and Mark Albright, for their third claim for relief state:

1. Plaintiffs, Stacy Albright and Mark Albright, reallege rhetorical paragraphs 1 through and including 5 of Count I and paragraphs 1 through and including 3 of Count II of this Complaint for Damages and Underinsured Motorists Benefits as if fully set forth herein and by reference make them a part of this Count III.

2. On March 25, 2019, the vehicle operated by Defendant, Robert Coates, was insured by an automobile liability policy with American Inter-Fidelity Exchange, claim number, L190439. The injury liability limits for each person are unknown.

3. On March 25, 2019, Plaintiffs, Stacy Albright and Mark Albright, had in full force and effect an automobile insurance policy with Milbank Insurance Company d/b/a State Auto Insurance Companies (hereinafter known as "State Auto"), covering their vehicle, which provided medical payment coverage in the amount of $1,000.00, and underinsured motorist coverage in the amount of $100,000.00 per person. A true and correct copy of the applicable State Auto

coverage page and policy is attached hereto and marked as Exhibit "A", and made a part hereof.

4.    Plaintiffs, Stacy Albright and Mark Albright are entitled to the available limits under the applicable State Auto medical payment coverage and underinsured motorist policy, and make demand for the available limits since this collision qualifies under the terms of the policy as an underinsured claim for Plaintiffs.

5.    Plaintiffs, Stacy Albright and Mark Albright,  have cooperated in good faith with State Auto and have fulfilled all conditions precedent required of them under the terms of the applicable State Auto policy.

WHEREFORE, Plaintiffs, Stacy Albright and Mark Albright, demand judgment against State Auto for the applicable medical payment and underinsured motorist coverage limits available to them for this underinsured motorist claim, for pre-judgment interest, the costs of this action and all other just and proper relief in the premises and for trial by jury.

Tom Blackburn (2761-71)
Attorney for Plaintiffs
BLACKBURN & GREEN
4203 W. Jefferson Blvd.
Fort Wayne, IN  46804
Telephone:  (260) 422-4400

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

STACY ALBRIGHT and )
MARK ALBRIGHT, )
                            )
           Plaintiffs, )
                            )
vs. )
                            )
ROBERT COATES, SPIRIT )
LOGISTICS INC., and MILBANK )
INSURANCE COMPANY, d/b/a )
STATE AUTO INSURANCE )
COMPANIES, )
                            )
           Defendants. )

## JURY DEMAND

       Come now Plaintiffs, Stacy Albright and Mark Albright, by counsel, and

demand trial by jury.

                                             _____

                                             Tom Blackburn (2761-71)
                                             Attorney for Plaintiffs
                                             BLACKBURN & GREEN
                                             4203 W. Jefferson Blvd.
                                             Fort Wayne, IN 46804
                                             Telephone: (260) 422-4400

IN THE ALLEN SUPERIOR COURT
Courthouse, Room 201
715 South Calhoun Street
Fort Wayne, IN 46802
(260) 449-3491

SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

PLAINTIFFS -
Stacy Albright and
Mark Albright

     v.

DEFENDANT -
Robert Coates
35 Maple St.
Minooka, IL 60447

TO THE ABOVE NAMED DEFENDANT:

    You have been sued by the persons named "PLAINTIFF" in the Court stated above.

    The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the demand which the Plaintiffs have made and want from you.

    You must answer the Complaint in writing, by you or your attorney, within twenty (20) days commencing the day after you receive this Summons, (you have twenty-three (23) days to answer if this Summons was received by mail), or judgment will be entered against you for what the Plaintiffs have demanded.

    If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written Answer.

CLERK'S ISSUANCE

*Christopher M. Narcarrow* BB
_____
                                         Clerk

8/7/2020
DATE _____, 201_

BY:_____
                                         Deputy

SEAL (ALLEN COUNTY CLERK INDIANA)

The following manner of service is hereby designated: ____ Registered Mail _X_ Certified Mail
____ By Sheriff as provided by law ____ Other as follows:

_____
ATTORNEY FOR PLAINTIFFS: Tom Blackburn (2761-71), BLACKBURN & GREEN, 4203 W. Jefferson Blvd., Fort Wayne, IN 46804 Telephone: (260) 422-4400

IN THE ALLEN SUPERIOR COURT
Courthouse, Room 201
715 South Calhoun Street
Fort Wayne, IN 46802
(260) 449-3491

SUMMONS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

PLAINTIFFS -
Stacy Albright and
Mark Albright

v.

DEFENDANT -
Spirit Logistics, Inc.
c/o James Elsesser, Registered Agent
8717 N. Oshkosh Ave.
Chicago, IL 60631

TO THE ABOVE NAMED DEFENDANT:

You have been sued by the persons named "PLAINTIFF" in the Court stated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the demand which the Plaintiffs have made and want from you.

You must answer the Complaint in writing, by you or your attorney, within twenty (20) days commencing the day after you receive this Summons, (you have twenty-three (23) days to answer if this Summons was received by mail), or judgment will be entered against you for what the Plaintiffs have demanded.

If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written Answer.

CLERK'S ISSUANCE

DATE _____8/7/2020_____, 202_

*Christopher M. Narcarrow* BB
Clerk

BY:_____
Deputy

The following manner of service is hereby designated: ____ Registered Mail _X_ Certified Mail
____ By Sheriff as provided by law ____ Other as follows:
_____

ATTORNEY FOR PLAINTIFFS: Tom Blackburn (2761-71), BLACKBURN & GREEN, 4203 W. Jefferson Blvd., Fort Wayne, IN 46804 Telephone: (260) 422-4400