| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

STACY ALBRIGHT and )
MARK ALBRIGHT, )
)
        Plaintiffs, )
)
vs. )
)
ROBERT COATES, SPIRIT )
LOGISTICS INC., and MILBANK )
INSURANCE COMPANY, d/b/a )
STATE AUTO INSURANCE )
COMPANIES, )
)
        Defendants. )

## COMPLAINT FOR DAMAGES AND UNDERINSURED MOTORIST BENEFITS

### COUNT I

Plaintiffs, Stacy Albright and Mark Albright, for their first claim for relief, state:

1. On March 25, 2019, Plaintiff, Stacy Albright, was driving a vehicle north on Green Street, in Allen County, New Haven, Indiana, when she was involved in a collision with a semi-truck traveling south on Green Street, a no truck route, which was being driven by Defendant, Robert Coates. Defendant, Robert Coates, turned left and failed to yield the right of way, causing the collision.

2. The collision was responsibly caused by the carelessness and negligence of Defendant, Robert Coates, in the operation of the semi-truck By driving along a no truck route, failing to maintain a reasonable and proper lookout, failing to maintain control over the vehicle and unsafe operation of a vehicle while driving distracted in violation of Indiana Code § 9-21-8-24.

3. Defendant, Spirit Logistics Inc., (hereinafter known as "Spirit Logistics"), is vicariously liable for the careless and negligent acts of their agent and/or employee, Defendant, Robert Coates, while in the course and scope of his agency and/or employment at the time of the collision.

4. As a result of the collision, Plaintiff, Stacy Albright, sustained serious and permanent physical injuries and continues to suffer ongoing physical pain.

5. As a further result of the collision, Plaintiff, Stacy Albright, incurred hospital and medical expenses, lost wages, and may incur such expenses and losses in the future, as well as the loss of a whole, complete, and useful life because of her permanent injuries.

WHEREFORE, Plaintiffs, Stacy Albright and Mark Albright, demand judgment against Defendants, Robert Coates and Spirit Logistics, in an amount that will reasonably compensate them for the injuries and damages sustained, for pre-

judgment interest, the costs of this action and all other just and proper relief in the premises and for trial by jury.

## COUNT II

Plaintiff, Mark Albright, for his second claim for relief states:

1. Plaintiff, Mark Albright, realleges rhetorical paragraphs 1 through and including 5 of Count I of this Complaint for Damages and Underinsured Motorists Benefits as if fully set forth herein and by reference makes them a part of this Count II.

2. At all times material to the allegations of Count II of this Complaint he was the spouse of Plaintiff, Stacy Albright.

3. As a result of the carelessness and negligence of Defendants, Robert Coates and Spirit Logistics, he lost the services and consortium of his spouse.

WHEREFORE, Plaintiff, Mark Albright, demands judgment against Defendants, Robert Coates and Spirit Logistics, in an amount that will reasonably compensate him for the injuries and damages sustained, for the costs of this action and for all other just and proper relief in the premises and for trial by jury.

## COUNT III

Plaintiffs, Stacy Albright and Mark Albright, for their third claim for relief state:

1. Plaintiffs, Stacy Albright and Mark Albright, reallege rhetorical paragraphs 1 through and including 5 of Count I and paragraphs 1 through and including 3 of Count II of this Complaint for Damages and Underinsured Motorists Benefits as if fully set forth herein and by reference make them a part of this Count III.

2. On March 25, 2019, the vehicle operated by Defendant, Robert Coates, was insured by an automobile liability policy with American Inter-Fidelity Exchange, claim number, L190439. The injury liability limits for each person are unknown.

3. On March 25, 2019, Plaintiffs, Stacy Albright and Mark Albright, had in full force and effect an automobile insurance policy with Milbank Insurance Company d/b/a State Auto Insurance Companies (hereinafter known as "State Auto"), covering their vehicle, which provided medical payment coverage in the amount of $1,000.00, and underinsured motorist coverage in the amount of $100,000.00 per person. A true and correct copy of the applicable State Auto

coverage page and policy is attached hereto and marked as Exhibit "A", and made a part hereof.

4. Plaintiffs, Stacy Albright and Mark Albright are entitled to the available limits under the applicable State Auto medical payment coverage and underinsured motorist policy, and make demand for the available limits since this collision qualifies under the terms of the policy as an underinsured claim for Plaintiffs.

5. Plaintiffs, Stacy Albright and Mark Albright, have cooperated in good faith with State Auto and have fulfilled all conditions precedent required of them under the terms of the applicable State Auto policy.

WHEREFORE, Plaintiffs, Stacy Albright and Mark Albright, demand judgment against State Auto for the applicable medical payment and underinsured motorist coverage limits available to them for this underinsured motorist claim, for pre-judgment interest, the costs of this action and all other just and proper relief in the premises and for trial by jury.

_____
Tom Blackburn (2761-71)
Attorney for Plaintiffs
BLACKBURN & GREEN
4203 W. Jefferson Blvd.
Fort Wayne, IN  46804
Telephone:  (260) 422-4400

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

| | |
|---|---|
| STACY ALBRIGHT and MARK ALBRIGHT, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| ROBERT COATES, SPIRIT LOGISTICS INC., and MILBANK INSURANCE COMPANY, d/b/a STATE AUTO INSURANCE COMPANIES, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## JURY DEMAND

Come now Plaintiffs, Stacy Albright and Mark Albright, by counsel, and demand trial by jury.

_____
Tom Blackburn (2761-71)
Attorney for Plaintiffs
BLACKBURN & GREEN
4203 W. Jefferson Blvd.
Fort Wayne, IN 46804
Telephone: (260) 422-4400

Page **1** of **1**